IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case Number 4:17-70

| | |
|---|---|
| EASTERN FINANCIAL SERVICES, LLC; ROBERT L. JACKSON, III, Plaintiffs, | )<br>)<br>) |
| v. | ) ORDER TO STAY PROCEEDINGS |
| WORLD GLOBAL FINANCING INC. Defendant. | )<br>)<br>) |

Upon Plaintiffs and Defendant's Consent Motion to Stay these proceedings due to the pending bankruptcy of the Defendant in the Southern District of Florida, it is therefore ordered that this matter be removed from the active case docket. Plaintiffs or Defendant may petition at any time to have the matter placed on the active docket in the event of dismissal of the pending bankruptcy or pursuant to an order issued by the Bankruptcy Court.

7-5-18
DATE

Terrence Boyle
UNITED STATES DISTRICT COURT JUDGE